| Case No.: | 20-01868 | | Trustee Name: | Michael Gigandet |
|---|---|---|---|---|
| Case Name: | H C BARNS, LLC | | Date Filed (f) or Converted (c): | 03/25/2020 (f) |
| For the Period Ending: | 03/31/2023 | | §341(a) Meeting Date: | 04/20/2020 |
| | | | Claims Bar Date: | 06/24/2020 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **Ref. #** | | | | | |
| 1  Capstar Bank Checking 8769 | $6,064.87 | $6,064.87 | | $0.00 | FA |
| 2  Accounts receivable Over 90 days old | $0.00 | $1.00 | | $0.00 | FA |
| **Asset Notes:**  The extent of A/R is being determined. This value is for administrative purposes only. | | | | | |
| 3  Other inventory or supplies South Carolina inventory of storgage sheds. The value of the inventory is retail selling prices less currently posted discounts | $417,142.00 | $417,142.00 | | $206,941.12 | FA |
| 4  Preferential Transfer Recovery v. Theodore Kent Lapp | $6,250.00 | $103,750.00 | | $35,000.00 | FA |
| **Asset Notes:**  Subject of Adv. 20-90054, Doc. No. 70  Motion for Compromise/Settlement in exchange for payment of $35,000.  See Order, Doc. 98 | | | | | |
| 5  Preferential Transfer Recovery v. Hometowne Capital LLC | $32,856.06 | $189,330.53 | | $0.00 | FA |
| **Asset Notes:**  Subject of Adv. 20-90055, Doc. No. 71 | | | | | |
| 6  Preferential Transfer Recovery v. Andrew Graber | $83,000.00 | $80,000.00 | | $12,000.00 | FA |
| **Asset Notes:**  Subject of Adv. 22-90056, Doc. No. 72  Motion for Compromise/Settlement in exchange for payment of $12,000.00.  See Order, Doc. 93 | | | | | |
| 7  Settlement for preferential transfers to Rickey Shankle | $15,625.00 | $5,000.00 | | $5,000.00 | FA |
| **Asset Notes:**  Settlement for $5,000 approved per order, Doc. No. 73 | | | | | |
| 8  Settlement for preferential transfers to William D. Rhodes Hampton | $20,000.00 | $10,000.00 | | $10,000.00 | FA |
| **Asset Notes:**  Settlement for $10,000 approved per order, Doc. No. 77 | | | | | |
| 9  Settlement for preferential transfers to Thomas McBride | $50,625.00 | $22,500.00 | | $22,500.00 | FA |
| **Asset Notes:**  Settlement as per court order Doc. 85 | | | | | |
| **TOTALS (Excluding unknown value)** | $631,562.93 | $833,788.40 | | $291,441.12 | **Gross Value of Remaining Asset** $0.00 |

**Major Activities affecting case closing:**

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

| | | | | |
|---|---|---|---|---|
| **Case No.:** | 20-01868 | | **Trustee Name:** | Michael Gigandet |
| **Case Name:** | H C BARNS, LLC | | **Date Filed (f) or Converted (c):** | 03/25/2020 (f) |
| **For the Period Ending:** | 03/31/2023 | | **§341(a) Meeting Date:** | 04/20/2020 |
| | | | **Claims Bar Date:** | 06/24/2020 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

| Date | Description |
|---|---|
| 04/04/2023 | Paid bill of costs to clerk. Waiting to file order to compensate accountant. The trustee will file an application for compensation of counsel, and the case will be moved into closing. |
| 11/02/2022 | Reviewed special counsel's report on the investigation into possible recoverable transfers. Counsel will now prepare a fee application. |
| 10/12/2022 | Reviewed settlement pleadings from special counsel and exchanged e-mails on further proceedings. |
| 07/28/2022 | Received status report on negotiations with Rhea Bucy's clients. Will accept last counteroffer. Case can proceed to closing administration once settlement money is collected and special attorneys are compensated. |
| 06/15/2022 | Received update from special counsel on pending litigation including copies of answers and statement of defense theories. |
| 03/28/2022 | Adversary proceedings have been filed regarding recovery of transfers. |
| 03/11/2022 | Lengthy telephone conference call with special counsel on status and findings and strategy. |
| 11/22/2021 | Received status report from special counsel |
| 07/28/2021 | Received update from special counsel. |
| 03/30/2021 | The trustee recently received an update from special counsel on the status of the fraudulent and preferential transfer inquiries in this and the related cases. |
| 10/28/2020 | The trustee is collecting an account receivable. Special counsel is reviewing possible fraudulent transfers, preferences, etc. |
| 06/24/2020 | Auctioning assets |
| 04/15/2020 | The trustee is working with one of the debtor's vendors to sell the debtor's inventory. |

**Initial Projected Date Of Final Report (TFR):** 12/31/2021      **Current Projected Date Of Final Report (TFR):** 07/31/2023

/s/ MICHAEL GIGANDET
MICHAEL GIGANDET